UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIAN NOSAKHARE OKEAYA-INNEH,

Petitioners,

v.

ALBERTO R. GONZALES, *et al.*,

Respondents.

CASE NO. C05-0026-JLR-JPD

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remainder of the record, finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation.

(2) Respondents' Motion to Dismiss (Dkt. # 14) is GRANTED, and this action is DISMISSED.

(3) Petitioner's Motion for Summary Judgment (Dkt. # 12) is DENIED as moot.

(4) The Clerk shall send a copy of this Order of Dismissal to all counsel of record, and to Judge Donohue.

DATED this 6th day of July, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

ORDER